IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DONALD FAUX, | : | Civil Action No. 4:10-CV-00550 |
| Plaintiff, | : | |
| vs. | : | |
| ARS RECOVERY SERVICES, LLC, | : | |
| Defendant. | : | |

## DISMISSAL WITH PREJUDICE

Plaintiff, Donald Faux, by his attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement between the parties. Plaintiff signs out for costs.

_____
RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com